IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

THE FOX GROUP, INC.,

        Plaintiff,

v.                              Civil Action No. 2:10cv314-RBS/FBS

CREE, INC. and DOW CORNING
CORPORATION,

        Defendants.

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the following attorney enters his appearance on behalf of Defendant Cree, Inc. in the above-captioned matter:

> Conrad M. Shumadine
> VSB No. 4325
> Willcox & Savage, P.C.
> 440 Monticello Avenue, Suite 2200
> Norfolk, Virginia 23510
> Telephone: (757) 628-5500
> Facsimile: (757) 628-5566
> cshumadine@wilsav.com

I certify that I am a member of the Bar of this Court.

    Dated: July 28, 2010

>  /s/
> Conrad M. Shumadine
> VSB No. 4325
> Counsel for Defendant Cree, Inc.
> Willcox & Savage, P.C.
> 440 Monticello Avenue, Suite 2200
> Norfolk, VA  23510
> Telephone:  (757) 628-5500
> Facsimile:  (757) 628-5566
> cshumadine@wilsav.com

I-978044.1

Matthew Powers
David C. Radulescu
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8906
Facsimile: (212) 310-8007
david.radulescu@weil.com
matthew.powers@weil.com

Lynne Borchers
Myers Bigel Sibley & Sajovec
4140 Parklake Avenue, Suite 600
Raleigh, North Carolina 27612
Telephone: (919) 854-1400
Facsimile: (919) 854-1401
lborchers@myersbigel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2010 I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system, which will automatically send e-mail notification of such filing to:

Hayley S. Weimer
VSB No. 71541
Counsel for Plaintiff
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
Telephone:  (202) 408-4000
Facsimile: (202) 408-4400
hayley.weimer@finnegan.com

To the best of my knowledge, there are no other attorneys who require service by U.S. Mail.

/s/
Conrad M. Shumadine
VSB No. 4325
Counsel for Defendant Cree, Inc.
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA  23510
Telephone:  (757) 628-5500
Facsimile:  (757) 628-5566
cshumadine@wilsav.com

I-978044.1