IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

FILED

NOV 1 0 2010

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

THE FOX GROUP, INC.,

                    Plaintiff,

v.                                        Civil Action No. 2:10cv314-RBS/FBS

CREE, INC.,

                    Defendant.

## AGREED CONSENT ORDER

THIS DAY came Cree, Inc. ("Cree"), by counsel, and moved this Honorable Court for

permission to substitute and withdraw counsel.   Whereupon, the Court hereby

**ORDERS** that the Clerk of the Court shall strike the appearance of Matthew Powers and

Weil, Gotshal & Manges LLP as counsel for Cree and remove them from the CM/ECF service

list in this mater; and it further

**ORDERS** that parties need not serve any further pleadings, motions, or other papers on

Matthew Powers or Weil, Gotshal & Manges LLP; and it further

**ORDERS** that David C. Radulescu will continue with the firm of Quinn Emanuel

Urquhart & Sullivan, LLP as counsel for Cree.

ENTERED this 10 day of November, 2010.   FBS /s/ 11/10/10

F. Bradford Stillman
**United States Magistrate Judge**
United States District Court Judge

I-996564.1

WE ASK FOR THIS:


Conrad M. Shumadine
VSB No. 4325
Counsel for Defendant and
Counterclaim-Plaintiff Cree, Inc.
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA  23510
Telephone:  (757) 628-5500
Facsimile:  (757) 628-5566
cshumadine@wilsav.com


Stephen E. Noona
VSB No. 25367
Counsel for Plaintiff
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone:  (757) 624-3000
Facsimile:  (757) 624-3169
senoona@kaufcan.com

2