IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| THE FOX GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> CREE, INC., <br><br> Defendant. | Civil Action No. 2:10cv314-RBS/FBS |

**STIPULATED ORDER REGARDING INTERIM
PRODUCTION OF DOCUMENTS AND THINGS
PENDING ENTRY OF A PROTECTIVE ORDER**

Plaintiff The Fox Group, Inc. ("Fox") and Defendant Cree, Inc. ("Cree") hereby agree to interim production of documents and things that are designated as confidential or highly confidential on an "outside attorneys' eyes only"-basis (so long as outside counsel has made an appearance in the case), pending entry of a Protective Order by the Court. The parties are continuing to negotiate a protective order in this case. Once a protective order is entered, the parties may re-designate documents according to the terms of the protective order as entered.

Dated: January 18, 2011                Respectfully submitted,

/s/ Stephen E. Noona
Stephen E. Noona
Virginia State Bar No. 25367
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
E-mail: senoona@kaufcan.com

Patrick J. Coyne
Hayley S. Weimer
(Virginia State Bar No. 71541)
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:  (757) 408-4400
E-mail:  patrick.coyne@finnegan.com
E-mail:  hayley.weimer@finnegan.com

*Counsel for Plaintiff The Fox Group, Inc.*


 /s/ *Conrad M. Shumadine*
Conrad Moss Shumadine
Willcox & Savage PC
440 Monticello Ave., Suite 200
Norfolk, VA  23510
E-mail:  cshumadine@wilsav.com
David C. Radulescu
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, New York 10010
tel. 212-849-7000
fax. 212-849-7100
E-mail: davidradulescu@quinnemanuel.com

*Counsel for Defendant, Cree, Inc.,*

**SO ORDERED**


Entered:          /       /

Magistrate Judge: _____
                              United States District Court
                              Eastern District of Virginia

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2011, I will serve the foregoing by electronic mail to the following:

David C. Radulescu
Philip C. Sternhell
Charles K. Verhoeven
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, New York 10010
tel. 212-849-7000
fax. 212-849-7100
davidradulescu@quinnemanuel.com
philipsternhell@quinnemanuel.com
charlesverhoeven@quinnemanuel.com

Lynne Borchers
Myers Bigel Sibley & Sajovec, P.A.
4140 Parklake Ave, Suite 600
Raleigh, NC 27612
tel. 919.854.1400
fax 919.854.1401
lborchers@myersbigel.com

Conrad Moss Shumadine
Willcox & Savage PC
440 Monticello Ave., Suite 200
Norfolk, VA 23510
cshumadine@wilsav.com

*Counsel for Cree, Inc.*

/s/ *Stephen E. Noona*
Stephen E. Noona
(Virginia State Bar No. 25367)
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Patrick J. Coyne
Hayley S. Weimer
(Virginia State Bar No. 71541)
Finnegan, Henderson, Farabow,
 Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC  20001
Telephone:  (202) 408-4000
Facsimile:  (757) 408-4400
E-mail: patrick.coyne@finnegan.com
E-mail: hayley.weimer@finnegan.com

*Counsel for Plaintiff, The Fox Group, Inc.*