IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Norfolk Division)

| | |
|---|---|
| **THE FOX GROUP, INC.,** | |
| **Plaintiff,** | |
| v. | Civil Action No. 2:10cv314-RBS/FBS |
| **CREE, INC.,** | |
| **Defendant.** | |

## PLAINTIFF, THE FOX GROUP, INC.'S, EXPEDITED MOTION TO COMPEL THE SUBSTANTIAL COMPLETION OF CREE'S DOCUMENT PRODUCTION

For the reasons set forth in the accompanying memorandum, Plaintiff The Fox Group, Inc. ("Fox") respectfully submits this Expedited Motion to Compel Defendant Cree, Inc. ("Cree") to produce information, documents, and things responsive to Fox's first set of discovery requests. Fox respectfully requests this Court order Cree promptly to substantially complete its production. Fox further requests this Court compel Cree to provide a date certain in the near future on which all Cree non-ESI document production will be completed.

Per Local Rule 37(E), the parties have repeatedly met and conferred regarding the issues contained therein and have been unable to reach a resolution.

Dated: February 11, 2011                     Respectfully submitted,

                                                                       /s/ Stephen E. Noona
                                                                      Stephen E. Noona
                                                                      Virginia State Bar No. 25367
                                                                      Kaufman & Canoles, P.C.
                                                                      150 West Main Street, Suite 2100
                                                                      Norfolk, VA 23510
                                                                      Telephone: (757) 624-3000

Facsimile: (757) 624-3169
E-mail: senoona@kaufcan.com

Patrick J. Coyne
Hayley S. Weimer
(Virginia State Bar No. 71541)
Susan Y. Tull
Finnegan, Henderson, Farabow,
 Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC   20001
Telephone: (202) 408-4000
Facsimile: (757) 408-4400
E-mail: patrick.coyne@finnegan.com
E-mail: hayley.weimer@finnegan.com
E-mail: susan.tull@finnegan.com

*Counsel for Plaintiff, The Fox Group, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 11, 2011, I will serve the foregoing by electronic mail to the following:

David C. Radulescu
Philip C. Sternhell
Charles K. Verhoeven
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, New York 10010
tel. 212-849-7000
fax. 212-849-7100
davidradulescu@quinnemanuel.com
philipsternhell@quinnemanuel.com
charlesverhoeven@quinnemanuel.com

Lynne Borchers
Myers Bigel Sibley & Sajovec, P.A.
4140 Parklake Ave, Suite 600
Raleigh, NC  27612
tel. 919.854.1400
fax 919.854.1401
lborchers@myersbigel.com

Conrad Moss Shumadine
Willcox & Savage PC
440 Monticello Ave., Suite 200
Norfolk, VA  23510
cshumadine@wilsav.com

*Counsel for Defendant, Cree, Inc.*

               */s/ Stephen E. Noona*
              Stephen E. Noona
              (Virginia State Bar No. 25367)
              Kaufman & Canoles, P.C.
              150 W. Main Street, Suite 2100
              Norfolk, VA 23510
              Telephone: (757) 624-3000
              Facsimile: (757) 624-3169
              senoona@kaufcan.com

1707665-v1