**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **THE FOX GROUP, INC.,** | |
| **Plaintiff,** | |
| v. | **Civil Action No. 2:10cv314-RBS/FBS** |
| **CREE, INC.,** | |
| **Defendant.** | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff The Fox Group, Inc. ("Fox"), appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered by the District Court on August 8, 2011, Dkt. No. 564, and from all other judgments, rulings, findings, orders, or conclusions decided adversely to Fox, in whole or in part. Counsel will make contemporaneous arrangements to have the required $455 in filing fees paid to the Clerk's office.

Dated: September 6, 2011   Respectfully submitted,

              /s/
Christopher B. Mead   VSB#39304
Lance A. Robinson   VSB#77252
London & Mead
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036
Telephone: (202) 331-3334
Facsimile: (202) 785-4280
cmead@londonandmead.com
lrobinson@londonandmead.com

Stephen E. Noona
Virginia State Bar No. 25367
Kaufman & Canoles, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
E-mail: senoona@kaufcan.com

Patrick J. Coyne
Jeffrey Abraham
Susan Y. Tull
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (757) 408-4400
E-mail: patrick.coyne@finnegan.com
E-mail: Jeffrey.abraham@finnegan.com
E-mail: susan.tull@finnegan.com

*Counsel for Plaintiff The Fox Group, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 6, 2011, the above *Plaintiff's Notice of Appeal* was electronically filed and served on:

Robert W. McFarland
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
Telephone: 757-640-3716
Facsimile: 757-640-3966
rmcfarland@mcguirewoods.com

David C. Radulescu
Philip C. Sternhell
Charles K. Verhoeven
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
davidradulescu@quinnemanuel.com
philipsternhell@quinnemanuel.com
charlesverhoeven@quinnemanuel.com

Lynne Borchers
Myers Bigel Sibley & Sajovec, P.A.
4140 Parklake Ave, Suite 600
Raleigh, NC 27612
Telephone: 919.854.1400
Facsimile: 919.854.1401
lborchers@myersbigel.com

Conrad Moss Shumadine
Virginia State Bar No. 4325
Willcox & Savage PC
440 Monticello Ave., Suite 200
Norfolk, VA 23510
Telephone: 757-628-5525
Facsimile: 757-628-5566
cshumadine@wilsav.com
*Counsel for Cree, Inc.*

/s/
Christopher B. Mead